# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:17-CR-168 |
| v. | : (Chief Judge Conner) |
| **JEMEL XAVIER WILLIAMS,** | : |
| **Defendant** | : |

## ORDER

AND NOW, this 29th day of November, 2017, upon consideration of the motion (Doc. 25) to suppress and related correspondence (Doc. 26) filed *pro se* by defendant Jemel Xavier Williams ("Williams"), and it appearing that Williams is presently represented by counsel (Doc. 11) but filed the instant papers (Docs. 25-26) without assistance therefrom, see United States v. D'Amario, 268 F. App'x 179, 180 (3d Cir. 2008) (collecting cases); see also United States v. Vampire Nation, 451 F.3d 189, 206 n.17 (3d Cir. 2006) (citing United States v. Essig, 10 F.3d 968, 973 (3d Cir. 1993)), it is hereby ORDERED that Williams' motion (Doc. 25) to suppress is DENIED and his correspondence (Doc. 26) is STRICKEN without prejudice to Williams' right to refile same with the assistance of counsel.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania